No. 281. NATIONAL LABOR RELATIONS BOARD *v.* SPARKS-WITHINGTON Co. ET AL. January 5, 1942. Certiorari, *ante,* p. 597, to the Circuit Court of Appeals for the Sixth Circuit. Dismissed on motion of counsel for the petitioner. *Assistant Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Laurence E. Knapp* for petitioner. *Mr. John T. Scott* for the Sparks-Withington Co., and

704

*Mr. Benjamin Kleinstiver* for the United Cooperative Society of Jackson, Inc., respondents. 